UNITED STATES COURT OF INTERNATIONAL TRADE           FORM 1

| | |
|---|---|
| Eski Inc.<br><br>                    **Plaintiff,**<br><br>v.<br><br>**UNITED STATES,**<br>                    **Defendant.** | **S U M M O N S**<br>Court No.  24-00247 |

**TO:**   The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ **Mario Toscano**
Clerk of the Court

**PROTEST**

| | |
|---|---|
| Port(s) of Entry: 0708, 3801, 3802 | Center (if known): Consumer Products & Mass Merchandising Center of Excellence and Expertise |
| Protest Number: 070824100932 | Date Protest Filed: 4/11/2024 |
| Importer: Eski Inc. | Date Protest Denied: 7/1/2024 |
| Category of Merchandise: Portable electric lamps | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| See Attachment | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

J. Michael Taylor
King & Spalding LLP
1700 Pennsylvania Ave, Washington, D.C. 20006
202-626-2385
jmtaylor@kslaw.com

Name, Address**,** Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Portable electric lamps | 8543.70.9860 | General Duties (2.6%) Section 301 (25%) | 8513.10.4000 | General Duties 3.5% |

| Other |
|---|
| State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim: |
| U.S. Customs and Border Protection's ("CBP") determination that the tariff classification is 8543.70.9860. The protest claims that the correct classification is 8513.10.4000. |

| The issue which was common to all such denied protests: |
|---|
| N/A -- This summons relates to one denied protest concerning multiple entries. |

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

*/s/ J. Michael Taylor*
_____
*Signature of Plaintiff's Attorney*

December 20, 2024
_____
*Date*

**Entries Involved In Protest 070824100932**

| Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|
| 55111247448 | 04/18/23 | 01/05/24 |
| 55111329261 | 04/23/23 | 12/29/23 |
| 55111370455 | 04/26/23 | 01/05/24 |
| 55110242788 | 02/05/23 | 12/29/23 |
| 55109854122 | 01/11/23 | 12/29/23 |
| 55114244541 | 11/12/23 | 12/29/23 |
| 55110378442 | 02/15/23 | 01/05/24 |
| 55111167190 | 04/12/23 | 01/05/24 |
| 55113892191 | 10/21/23 | 12/13/24 |
| 55111570062 | 05/10/23 | 01/05/24 |