Form 7-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**     **FORM 7**

| | |
|---|---|
| Eski Inc. | |
| Plaintiff, | Court No.     24-247 |
| v. | |
| United States | |
| Defendant. | |

**NOTICE OF DISMISSAL**

  **PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses the action(s) listed on the attached schedule.


Dated: July 21, 2026
   _____

           */s/ J. Michael Taylor*
          _____
           Signature of Plaintiff's Attorney

          J. Michael Taylor
          _____
            Attorney for Plaintiff

          King & Spalding LLP
          _____
              Firm

          1700 Pennsylvania Avenue, NW, Suite 900
          _____
             Street Address

          Washington, DC 20006
          _____
            City, State and Zip Code

          (202) 737-0500
          _____
            Telephone Number

          jmtaylor@kslaw.com
          _____
             E-mail Address

Form 7-2

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 24-247 | Eski Inc. | 070824100932 | 55111247448 55111329261 55111370455 55110242788 55109854122 55114244541 55110378442 55111167190 55113892191 55111570062 |

Order of Dismissal

The actions listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: _____

Clerk, U. S. Court of International Trade

By: _____
Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010; Oct. 23, 2025, eff. Dec. 1, 2025.)