Form 7-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**                    **FORM 7**

| | |
|---|---|
| Eski Inc. | |
| | |
| Plaintiff, | Court No.    24-247 |
| v. | |
| United States | |
| Defendant. | |

**NOTICE OF DISMISSAL**

PLEASE TAKE NOTICE that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses the action(s) listed on the attached schedule.

Dated: July 21, 2026
_____

/s/ J. Michael Taylor
_____
Signature of Plaintiff's Attorney

J. Michael Taylor
_____
Attorney for Plaintiff

King & Spalding LLP
_____
Firm

1700 Pennsylvania Avenue, NW, Suite 900
_____
Street Address

Washington, DC 20006
_____
City, State and Zip Code

(202) 737-0500
_____
Telephone Number

jmtaylor@kslaw.com
_____
E-mail Address

Form 7-2

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 24-247 | Eski Inc. | 070824100932 | 55111247448 55111329261 55111370455 55110242788 55109854122 55114244541 55110378442 55111167190 55113892191 55111570062 |

Order of Dismissal

The actions listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: _____ July 21, 2026 _____

Clerk, U. S. Court of International Trade

By: _____ /s/ Lewis Hugh _____
Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010; Oct. 23, 2025, eff. Dec. 1, 2025.)